```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
U.S. BANK TRUST, N.A. AS TRUSTEE
FOR LSF9 MASTER PARTICIPATION
TRUST,
                                                                    ORDER ADOPTING R & R
                    Plaintiff,
                                                                    17-CV-632(DRH)(AYS)
         -against-

ANDREW T. LUCENTI, ROBIN S LUCENTI,

                    Defendants.
----------------------------------------------------------X
```

**HURLEY, Senior District Judge:**

Presently before the Court is the Report and Recommendation, dated December 28, 2017, of Magistrate Judge Anne Y. Shields recommending that plaintiff's motion for a deafult judgment and judgment of foreclosure and sale granted, a Referee be appointed to conduct the sale of the mortgaged premises, damages be awarded in the amount of $431,670.77 plus attorneys' fees in the amount of $4,950.00 and costs in the amount of $1,594.69. More than fourteen days have elapsed since service of the Report and Recommendation and no objections have been filed by Defendants.

Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72, this Court has reviewed the Report and Recommendation for clear error, and finding none, now concurs in both its reasoning and result. Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for a default judgement and judgment of foreclosure and sale against defendants Andrew T. Lucenti and Robin S. Lucenti Fernandez is granted with damages in the amount of $431,670.77, attorneys' fees in the amount of $4,950.00 and costs in the amount of $1,594.69 and post judgment interest pursuant to 28

U.S.C. § 1961(a). The Court will this day enter a Judgment of Foreclosure and Sale consistent herewith.

Dated: Central Islip, N.Y.
January 23, 2018 /s/ Denis R. Hurley
Denis R. Hurley
United States District Judge